# DELBELLO DONNELLAN WEINGARTEN
# WISE & WIEDERKEHR, LLP

COUNSELLORS AT LAW

THE GATEWAY BUILDING
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601

(914) 681-0200
FACSIMILE (914) 684-0288

**Erica R. Aisner**
**Partner**
(914) 607-3153
eaisner@ddw-law.com

**Connecticut Office**
1111 SUMMER STREET
STAMFORD, CT 06905
(203) 298-0000

July 25, 2018

*Via ECF/CM System & First Class Mail*

Honorable Cecelia G. Morris
Chief U.S. Bankruptcy Judge, SDNY
355 Main Street
Poughkeepsie, New York 12601-3315

      Re:    Paul Teutul, Jr., Chapter 13 Debtor
             S.D.N.Y. Case No. 18-35310-(cgm)

Dear Honorable Chief Judge,

     This letter is written to provide the Court and all interested parties with the status of the above-referenced Chapter 13 case. The Debtor's Confirmation Hearing is scheduled on July 31, 2018 at 1:30 p.m.

     A Third Amended Chapter 13 Plan was filed on May 17, 2018 and provides that the Chapter 13 Plan will be funded with proceeds from the sale of the Debtor's home, which is currently being marketed for sale. Unfortunately, at this time the Debtor has not secured a buyer to purchase the property.

     The undersigned requests that the Confirmation Hearing be adjourned from July 31, 2018 to October 16, 2018 as the Debtor is not in a position to satisfy the requirements of confirmation at this time.

     The Chapter 13 Trustee consents to an adjournment and has verified that the Debtor is current with his plan payments. My office will contact Ms. Fredericks to confirm if this matter may be adjourned.

                                  Respectfully submitted,

                                  */s/ Erica R. Aisner*

ERA/dap

1527337
70150631-002